> This case is discontinued without prejudice to the right to reopen within 30 days if the settlement is not consummated.
>
> So ordered. /s/(ARR)
> USDJ
> 7/10/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ITSCHAK MADAR, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

ALLTRAN FINANCIAL, LP,

                Defendant.

Docket No: 1:18-cv-00198-ARR-SMG

**NOTICE OF SETTLEMENT**

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 11 2018 ★
BROOKLYN OFFICE

Now comes the Plaintiff ITSCHAK MADAR, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                Respectfully submitted,

                By: /s/ Joseph H. Mizrahi
                Joseph H. Mizrahi, Esq.
                Joseph H. Mizrahi Law P.C.
                300 Cadman Plaza West, 12th Fl.
                Brooklyn, New York 11201
                joseph@jmizrahilaw.com
                Phone: (929) 575-4175
                Fax: (929) 575-4195
                *Attorney for Plaintiff*

Dated:   Brooklyn, New York
           July 9, 2018